IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                                    )
                                                          )
  Regina White,                                    )   No.  17 B 29674
                                                          )   Judge:  Jacqueline P. Cox
           Debtor         )   Chapter 13 proceeding

**NOTICE OF MOTION**

To:  See attached service list

PLEASE TAKE NOTICE that on January 23, 2023, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604 , **or** electronically described below, and present the motion of Debtor's Motion to Approve Loan Modification, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is  161 273  2896   and the password is   778135   . The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Law Offices of Daniel M. Moulton
10257 S. Western Avenue
Chicago, Illinois 60643
773-429-1001
#:36792

## CERTIFICATE OF SERVICE

      I,   Daniel Moulton   certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on   January 9, 2023, at  5:00 p.m.

/s/ Daniel Moulton


Law Office of Daniel M. Moulton
10257 S. Western Avenue
Chicago, IL 60643
773-429-1001
#:36792

Service list

Via email:

Thomas Hooper, Trustee 55 W. Monroe, 38th Fl. Chicago, IL 60604

Served via regular mail:

Prestige Auto Finance
1420 S. 500th W.
Salt Lake City, UT 84115

Wells Fargo
Sushmitha Colla
One Home Campus
Des Moines, IA 50328

AT & T
208 S. Akard St.
Dallas, TX 75202

Comcast
1500 Market St.
Philadelphia, PA 19102

Federal Transportation Credit Union
P.O. Box 25947
Alexandria, VA 22313

Money Messiah
P.O. Box 1469
Kahnawake, Quebec J0L 1B0

Green Gate Service
600 F St.
Suite 3 #721
Arcata, CA 95521

West River
P.O. Box 30
Hays, MT 59527

Green Trust
P.O. Box 340
Hays, MT 59527

Rise
P.O. Box 101808
Ft. Worth, TX 76185

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                          )
                                                )
   Regina White,                    )  No.  17 B 29674
                                                )   Judge:  Jacqueline P. Cox
               Debtor        )  Chapter 13 proceeding

**Motion to Approve Loan Modification**

   Now Comes the Debtor, Regina White, by and through Daniel Moulton, and for her Motion to Approve Loan modification states the following:

1. Debtor owns the real estate located at 9320 S. Francisco, Evergreen Park, IL.  Pre-filing, Debtor obtained a second mortgage through Wells Fargo/U.S. Department of Housing and Urban Development which carries a current balance of $14,177.76.

2. Debtor has negotiated the attached partial claims mortgage modification with Wells Fargo and HUD which requires court approval.

3. The terms of the modification are as follows: The $14,177.76 balance will carry no interest and will be payable upon refinancing, sale of the house or by March 1, 2051, whichever occurs first.

4. Debtor and debtor's attorney believe that this modification is in Debtor's best interest.

Wherefore, Debtor requests this Just Court enter an order approving the loan modification with Wells Fargo and HUD.

                                                                                           Respectfully submitted

                                                                                           <u>/s/ Daniel Moulton</u>

Law Offices of Daniel M. Moulton
10257 S. Western Avenue
Chicago, Illinois 60643
773-429-1001